In the Matter of the Application of CHARLES EDWARD IRONSIDE against ORDWAY TEAD (Chairman) and Others, Composing and Constituting the Board of Higher

Education of the City of New York.— Motion for leave to appeal to the Court of Appeals granted. [See 258 App. Div. 940.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.